UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

------------------------------------------------

Omar Mohamad Roushdy Mohamad Hassan Assadawy

Plaintiff,

v.

Circle H International (and affiliates)

Defendant.

------------------------------------------------

COMPLAINT

Plaintiff, proceeding pro se, alleges as follows:

FACTS

1. Plaintiff is a graduate of Al-Azhar University, Faculty of Islamic Da'wah, a respected academic institution specializing in Islamic studies and jurisprudence.

2. In 2020 and 2021, Plaintiff signed agreements through an intermediary with Defendant, a New Jersey-based organization engaged in halal certification.

3. Defendant never countersigned the contracts, and Plaintiff did not receive any compensation or confirmation of engagement.

4. Despite this, Defendant publicly listed Plaintiff on its official website as one of its "Permanent Board Members" from 2020 until May 2025, without Plaintiff's explicit authorization or a valid signed agreement.

4-A. Defendant listed Plaintiff's name under the heading "Shariah Council" as one of its "Permanent Board Members." By placing Plaintiff's name within this context, Defendant created the false impression that Plaintiff formally endorsed the Defendant's halal certification activities, further misleading the public and contracting companies about the legitimacy of Defendant's Shariah governance structure.

5. Defendant used Plaintiff's name, religious qualifications, and academic credentials to enhance the credibility of its halal certifications and to secure contracts with companies seeking halal approval.

6. In May 2025, after Plaintiff raised objections, Defendant removed Plaintiff's name from the website without notice.

7. Defendant not only listed Plaintiff's name without authorization, but also falsely attributed to him the academic title of "Doctor," which Plaintiff does not hold. This deliberate misrepresentation was designed to enhance Defendant's credibility in the halal certification market, to mislead customers and contracting companies into believing that Defendant's Shariah Board was comprised of higher-level scholars. This caused reputational harm to Plaintiff, who never claimed such a title, and unjustly

benefited Defendant by increasing its commercial appeal.

CAUSES OF ACTION

Count I – Breach of Contract (in the alternative)

Defendant entered into agreements with Plaintiff in 2020 and 2021, which Plaintiff signed. Although Defendant failed to countersign, it acted in a manner consistent with the existence of an agreement by publishing Plaintiff's name on its website. Defendant's failure to compensate Plaintiff constitutes a breach of contract.

Count II – False Endorsement / Misrepresentation (15 U.S.C. §1125(a))

Defendant knowingly and unlawfully used Plaintiff's name, academic qualifications, and religious standing to create the false impression that Plaintiff endorsed or was affiliated with Defendant's halal certification services. Such use constitutes false endorsement under the Lanham Act.

Count III – Unjust Enrichment

Defendant derived commercial benefit, reputational gain, and increased market credibility by using Plaintiff's name, qualifications from Al-Azhar University, and professional reputation without authorization. Plaintiff received no compensation, and it would be unjust to allow Defendant to retain the benefits obtained.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Award compensatory damages, contractual damages, and damages for false endorsement and unjust enrichment, in an amount to be determined at trial.

2. Order Defendant to disgorge any profits attributable to the unauthorized use of Plaintiff's name and credentials.

3. Grant costs of suit and any other relief the Court deems just and proper.

Respectfully submitted,

_____

Omar Mohamad Roushdy Mohamad Hassan Assadawy

Qalyubia – Obour City – Second District – Building 15A, Near Al-Maysara Center, Egypt

Email: omarrushdy200@gmail.com

Phone: +20 1019808943

Date: 31 - 8 - 2025

(Signature required)
omor mohomod Roushdy mohamod Hossan Assadawy