# AO 239 - Application to Proceed in District Court Without Prepaying Fees or Costs (In Forma Pauperis)

| | |
|---|---|
| Full Name | Omar Mohamad Roushdy Mohamad Hassan Assadawy |
| Address | Qalyubia – Obour City – Second District – Building 15A – Near Al-Maysara Center – Egypt |
| Email | omarrushdy200@gmail.com |
| Phone | +20 1019808943 |
| Marital Status | Married (wife + 1 child) |
| Employment | No regular employment, freelance work only |

## Financial Information:

| | |
|---|---|
| Monthly Income | 0 – 200 USD (irregular, freelance only) |
| Cash on Hand | Approx. 100,000 EGP (~2,000 USD) |
| Bank Accounts | Savings account in Egyptian Pounds only |
| Other Assets | None |
| Monthly Expenses | Household expenses for wife and child (approx. 300 USD) |
| Debts/Obligations | None |

Declaration: I declare under penalty of perjury that the information above is true and correct. Due to my limited and irregular income, household obligations, and lack of assets, I am unable to pay the filing fees. I respectfully request the Court grant me leave to proceed In Forma Pauperis.

Date: 31 - 8 - 2025

Signature of Plaintiff: omar mohamad Roushdy mohamad Hassan Assadawy