# CIVIL COVER SHEET (JS-44)

| Plaintiff | Defendant |
|---|---|
| Omar Mohamad Roushdy Mohamad Hassan Assadawy | Circle H International (and affiliates) |
| Qalyubia – Obour City | Registered Office: New Jersey, United States |
| Second District – Building 15A | |
| Near Al-Maysara Center, Egypt | |
| Email: omarrushdy200@gmail.com | |
| Phone: +20 1019808943 | |

**Basis of Jurisdiction:** Federal Question (28 U.S.C. § 1331)

**Nature of Suit:** Contract (Breach of Contract), Trademark/False Endorsement (Lanham Act)

**Origin:** Original Proceeding

**Jury Demand:** Plaintiff

**Relief Requested:** Compensatory damages, contractual damages, unjust enrichment, and any other relief deemed proper.

Date: 31.8.2025

Signature of Plaintiff: omor mohamad Roushdy mohamad Hasson Assadowy