# AO 440 - Summons in a Civil Action

United States District Court for the District of New Jersey

| Plaintiff | Defendant |
|---|---|
| Omar Mohamad Roushdy Mohamad Hassan Assadawy | Circle H International (and affiliates) |

To: Circle H International (Defendant) A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff (or plaintiff's attorney, if represented) whose name and address are listed below. If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Plaintiff Contact Information: Omar Mohamad Roushdy Mohamad Hassan Assadawy Qalyubia – Obour City – Second District – Building 15A, Near Al-Maysara Center, Egypt Email: omarrushdy200@gmail.com Phone: +20 1019808943

Date: _____

CLERK OF COURT

Signature of Clerk or Deputy Clerk: _____

Seal of Court: _____