# RESPECTFUL MOTION IN SUPPORT OF PLAINTIFF'S IFP APPLICATION

Case No.: 2:25-cv-15229-SDW
Plaintiff: Omar Mohamad Roushdy Mohamad Hassan Assadawy
Defendant: Circle H International

TO THE HONORABLE JUDGE SUSAN D. WIGENTON,
UNITED STATES DISTRICT JUDGE,
DISTRICT OF NEW JERSEY:

With the utmost respect, I, the Plaintiff in the above-captioned matter, humbly submit this motion in further support of my application to proceed *in forma pauperis* ("IFP"). I am deeply grateful for the Court's kind consideration of my circumstances.

1. **Financial Hardship:**
I am a resident of Egypt and my monthly income is very limited. The exchange rate between the Egyptian Pound and the U.S. Dollar makes the $402 filing fee an extraordinary burden. My bank account balance and available resources are extremely minimal and only cover my basic daily needs.

2. **Lack of Legal Representation Due to Cost:**
I made earnest efforts to retain private counsel in the United States; however, the legal fees requested were far beyond my humble means. Consequently, I am compelled to represent myself (*pro se*).

3. **Good Faith Claim:**
My case raises serious and legitimate claims of breach of contract, misrepresentation, and unauthorized use of my name and credentials. These claims are brought in good faith and deserve to be considered on their merits.

4. **Respectful Request:**
With full respect, I emphasize that my present financial situation makes it extremely difficult for me to bear the filing fee. I therefore humbly ask this Honorable Court to take my modest circumstances into consideration and allow me the opportunity to pursue my case without prepayment of fees.

**WHEREFORE,** for the foregoing reasons, I respectfully and humbly request that this Honorable Court grant my application to proceed *in forma pauperis*, so that I may pursue my claims on their merits.

Respectfully and humbly submitted,

Date: September 06, 2025

/s/ Omar Mohamad Roushdy Mohamad Hassan Assadawy
(Pro Se Plaintiff)
Email: omarrushdy200@gmail.com
Phone: +20 1019808943
Address: Madinat Al-Obour, 2nd District, Building 15A, Near Al-Maysarah Center, Qalyubia, Egypt