**United States District Court**
**District of New Jersey**

Re: Mohamad Hassan Assadawy v. Circle H International
Case No.: 2:25-cv-15229-SDW

Honorable Susan D. Wigenton
United States District Judge

Letter Request Regarding Submission of USM-285 Form

Dear Judge Wigenton,

I respectfully write to request an exception regarding the submission of the USM-285 Form in the above-referenced matter.

As the plaintiff in this case, I currently reside in Egypt. Due to my residence abroad, the cost and logistical difficulty of mailing physical documents to the Clerk's Office in New Jersey is extremely burdensome and causes significant delays.

Therefore, I respectfully request that the Court permit me to submit my completed USM-285 Form via email or through the Court's electronic filing system (ADS/ECF), in lieu of paper submission by regular mail. I assure the Court that I will comply with all requirements, provide wet/hand signatures by scanning, and submit the form in PDF format.

I make this request in good faith and only due to the exceptional circumstances of my location outside the United States and the prohibitive expense of international courier services.

Thank you very much for your kind consideration of this request.

Respectfully submitted,

Omar Mohamad Roushdy Mohamad Hassan Assadawy
Plaintiff, Pro Se
Building 15A, beside Al-Maysarah Center
Obour City, Second District
Al-Qalyubia Governorate, Egypt
Phone: +20 1019808943
Email: omarrushdy200@gmail.com