U.S. District Court, District of New Jersey
Hon. Susan D. Wigenton, U.S.D.J.

Case: 2:25-cv-15229-SDW
Title: Mohamad Hassan Assadawy v. Circle H International

**Re: Request for Permission to Electronically Submit USM-285 Form**

Honorable Judge Wigenton:

I respectfully write to request leave to electronically submit my completed USM-285 form in the above-referenced matter.

On September 2025, the Court granted my application to proceed in forma pauperis and directed that the U.S. Marshals Service effect service of process. I fully understand that, under normal procedure, the USM-285 form must be submitted as a physical, paper document with a wet signature.

However, I reside permanently in Egypt, and international courier delivery to the Clerk's Office in New Jersey is extremely expensive, slow, and in many cases unreliable. In good-faith compliance with the Court's instructions, I attempted to submit the USM-285 through the Court's ADS system, but the submission was rejected with a 'Quality Control Message,' indicating that the system does not accept this form.

Due to my overseas residence and the prohibitive cost and delay associated with mailing physical documents from Egypt, I respectfully request that the Court grant an exception allowing me to:

(1) submit the USM-285 form electronically (PDF),
(2) include a scanned wet/hand signature,
(3) and upload it through ADS or ECF as directed by the Court.

I make this request in good faith and solely because of the exceptional logistical hardship caused by my location outside the United States.

**Relief Requested**
I respectfully ask that the Court permit electronic submission of the USM-285 form in lieu of physical mailing.

Thank you very much for your time and consideration.

Respectfully submitted,

*omer mohamad Roushdy mohamad Hassan Assadawy*

Signature

Omar Mohamad Roushdy Mohamad Hassan Assadawy
Building 15a, beside Al-Maysarah Center
Obour City, Second District
Al-Qalyubia Governorate, Egypt
Phone: +20 1019808943
Email: omarrushdy200@gmail.com

Date: November 28, 2025