UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MOHAMAD HASSAN ASSADAWY,
Plaintiff, Pro Se,

v.

CIRCLE H INTERNATIONAL,
Defendant.

Civil Action No.: 2:25-cv-15229-SDW-JRA

SECOND STATUS INQUIRY REGARDING SERVICE OF PROCESS

Honorable Court,

I respectfully submit this letter as a follow-up regarding the status of service of process by the U.S. Marshals Service in this matter.

On January 20, 2026, the Court issued a Text Order indicating that the summons and complaint had been sent to the U.S. Marshals for service. As of the date of this letter, I have not yet received any notice indicating whether service has been executed or returned unexecuted.

Given the time that has passed, I respectfully inquire whether the U.S. Marshals Service has attempted service or whether any further information or action is required from me at this stage.

I remain ready to promptly comply with any instructions the Court may provide.

Respectfully submitted,

Signature: *Omar mohamad Roushdy mohamad Hassan Assadawy*

Omar Mohamad Roushdy Mohamad Hassan Assadawy
Plaintiff, Pro Se

Date: April 14, 2026