| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See *"Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Omar Mohamad Roushdy Mohamad Hassan Assadawy | 2:25-cv-15229-SDW-JRA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Circle H International (also known as ATIP Group of Companies / ATIP Worldwide | Summons and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Circle H International

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
100 Morris Avenue, Suite 101,Springfield, NJ 07081United States

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Omar Mohamad Roushdy Mohamad Hassan AssadawyBuilding 15A, beside Al-Maysarah CenterSecond District, Obour CityAl-Qalyubia Governorate, Egypt Email: omarrushdy200@gmail.com Phone: +20 1019808943 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Defendant operates and/or is affiliated under the names "Circle H International" and "ATIP Group of Companies / ATIP Worldwide Organizations, Inc."Service requested at the Springfield, NJ address listed above.
Alternate address if needed:830 Morris Turnpike, 4th Floor, Short Hills, NJ 07078.
+1(212)577-888

| Signature of Attorney other Originator requesting service on behalf of ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| omer mohamad Roushdy mohamad Hassan Assadawy | +201019808943 | 12/11/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 50 | No. 50 | *franny garcia* | 04/20/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| David Steiner    Manager | 4/27/26 | 13:30 | ☐ am ☑ pm |

| Address *(complete only if different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | Torres |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Contacted Circle H International via email 4/20/26

**RECEIVED**

**APR 3 0 2026**

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

# of DUSMs: _____2_____

#of hours for all DUSMs: _____2_____

# of round-trip miles for all vehicles: _____18_____

Form USM-285
Rev. 03/21

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  4/27/26 |
| NAME OF SERVER *(PRINT)*  Torres | TITLE  DUSM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☒ Name of person with whom the summons and complaint were left:
_____David J Fletcher_____ ; or

☐ Returned unexecuted: _____
_____
_____ ; or

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL  18 miles | SERVICES  2 DUSM | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____4/27/26_____          _____
                         Date                              *Signature of Server*

                                        50 Walnut St, Newark, NJ, 07102
                                        *Address of Server*