## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**OMAR MOHAMAD ROUSHDY MOHAMAD HASSAN ASSADAWY,**
   Plaintiff, Pro Se,

v.

**CIRCLE H INTERNATIONAL,**
   Defendant.

**Civil Action No.: 2:25-cv-15229-SDW-JRA**

May 5, 2026

The Honorable Susan D. Wigenton
United States District Judge
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, NJ 07102

Dear Judge Wigenton,

I, Omar Mohamad Roushdy Mohamad Hassan Assadawy, Plaintiff Pro Se in the above-captioned matter, respectfully request the following:

First, I request the Court's permission to join additional Plaintiffs to this action. Several other Sharia scholars who have suffered the same harm at the hands of the Defendant are willing to join this lawsuit as co-Plaintiffs in the same case.

Second, I respectfully request that the Court extend the existing In Forma Pauperis status, previously granted to me by this Court's Order dated September 9, 2025, to cover all joining Plaintiffs.

Respectfully submitted,

Signature: _Omar mohamad Roushdy mohamad Hassan Assadawy_

**Omar Mohamad Roushdy Mohamad Hassan Assadawy**

Plaintiff, Pro Se

Madinet Al-Obour, Second District, Building 15A

Al-Qalyubia Governorate, Egypt

Phone: +20 101 980 8943

Email: omarrushdy200@gmail.com

Date: May 5, 2026