**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

OMAR MOHAMAD ROUSHDY
MOHAMAD HASSAN ASSADAWY,
Plaintiff, Pro Se,

v.

CIRCLE H INTERNATIONAL, INC.,
Defendant.

Civil Action No.: 2:25-cv-15229-SDW-JRA

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

Plaintiff, Omar Mohamad Roushdy Mohamad Hassan Assadawy, respectfully requests that the Court appoint pro bono counsel to assist him in this matter.

In support of this request, Plaintiff states as follows:

1. Plaintiff is proceeding pro se and in forma pauperis.

2. Plaintiff resides outside the United States and has limited legal knowledge and experience with federal civil litigation.

3. Defendant is now represented by legal counsel and has filed a Motion to Dismiss raising multiple complex legal issues, including subject matter jurisdiction, federal procedural rules, and pleading standards.

4. Plaintiff respectfully believes that he lacks the legal training necessary to adequately present his claims and respond effectively to Defendant's legal arguments.

5. Plaintiff respectfully submits that appointment of pro bono counsel would assist both Plaintiff and the Court in the fair and efficient resolution of this matter.

WHEREFORE, Plaintiff respectfully requests that the Court appoint pro bono counsel on his behalf, together with such other relief as the Court deems just and proper.


Respectfully submitted,


Signature: *Omar mohamad Roushdy mohamad Hassan Assadawy*

Omar Mohamad Roushdy Mohamad Hassan Assadawy
Plaintiff, Pro Se

Date: May 14, 2026